UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC STRAHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMBIUM LEARNING GROUP, INC., JOHN CAMPBELL, DAVID F. BAINBRIDGE, WALTER G. BUMPHUS, CLIFFORD K. CHIU, CAROLYN GETRIDGE, THOMAS KALINSKE, JEFFREY T. STEVENSON, JOE WALSH, CAMPUS HOLDING CORP., CAMPUS MERGER SUB INC., and VERITAS CAPITAL FUND MANAGEMENT, L.L.C.,<br><br>Defendants, | Civil Action No. 3:18-cv-03123-K |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Eric Strahan ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to claims on behalf of the putative class in the Action.   No class has been certified in the Action.

Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: February 13, 2019                    **KENDALL LAW GROUP, PLLC**

*/s/ Jamie J. Gilmore*
JOE KENDALL
State Bar No. 11260700
jkendall@kendalllawgroup.com
JAMIE J. GILMORE
State Bar No. 24045262
jgilmore@kendalllawgroup.com
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

**ROWLEY LAW PLLC**
Shane T. Rowley
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: (914) 400-1920
Fax: (914) 301-3514

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 13th day of February, 2019, to all counsel of record.

*/s/ Jamie J. Gilmore*
Jamie J. Gilmore